**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 99-10794**
**Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**BENNIE EARL STEPHENS,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(3:98-CR-385-6)**

_____

**July 18, 2000**

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Bennie Earl Stephens has moved for leave to withdraw and has filed a brief as required by ***Anders v. California***, 386 U.S. 738 (1967). Stephens has received a copy of counsel's motion and brief but has not filed a response.

Stephens directed his attorney not to raise any issues challenging his guilty plea or conviction. Our independent review of the brief and the record discloses *no* nonfrivolous issues for

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal.  Accordingly, the motion to withdraw is **GRANTED**; counsel is excused from further responsibilities herein; and the appeal is **DISMISSED**.  5th Cir. R. 42.2.

*MOTION GRANTED; APPEAL DISMISSED*